## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| **DR. MARKCUS KITCHENS, JR.,** | ) |
| Plaintiff, | ) |
| v. | ) Case No. 5:24-cv-00151-DCR |
| **NATIONAL BOARD OF MEDICAL EXAMINERS, EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES, AND FEDERATION OF STATE MEDICAL BOARDS,** | ) |
| Defendants. | ) |

### DECLARATION OF DANIEL JURICH, PH.D.

1. My name is Daniel Jurich. I am Associate Vice President of the United States Medical Licensing Examination ("USMLE") program at the National Board of Medical Examiners ("NBME"). Unless otherwise stated, I have personal knowledge of the facts stated herein, based on my work at NBME and my review of company records maintained in the ordinary course of business, as referenced below.

2. NBME is a non-profit organization whose mission is to help protect the public health through the development and administration of high-quality examinations for health professionals.

3. NBME and the Federation of State Medical Boards co-sponsor the United States Medical Licensing Examination ("USMLE"), which is made up of three "Step" exams: Step 1, Step 2 Clinical Knowledge (Step 2 CK), and Step 3.

4. The USMLE assesses an examinee's ability to apply knowledge, concepts, and principles and to demonstrate fundamental patient-centered skills that constitute the basis of safe

and effective patient care. Licensing authorities across the country rely upon the USMLE to help evaluate the qualifications of individuals seeking an initial license to practice medicine.

5. Attached at Exhibit A is a true and correct copy of a USMLE Step 1 Score Report for Markcus Kitchens for his February 25, 2022 test date.

6. Attached at Exhibit B is a true and correct copy of a USMLE Step 1 Score Report for Markcus Kitchens for his May 9, 2022 test date.

7. Attached at Exhibit C is a true and correct copy of a USMLE Step 2 CK Score Report for Markcus Kitchens for his May 28, 2022 test date.

8. Attached at Exhibit D is a true and correct copy of a USMLE Step 2 CK Score Report for Markcus Kitchens for his June 29, 2022 test date.

9. Attached at Exhibit E is a true and correct copy of a USMLE Step 1 Score Report for Markcus Kitchens for his September 29, 2022 test date.

10. Attached at Exhibit F is a true and correct copy of a USMLE Step 1 Score Report for Markcus Kitchens for his November 14, 2023 test date.

11. Attached at Exhibit G is a true and correct copy of a USMLE Step 2 CK Score Report for Markcus Kitchens for his December 19, 2023 test date.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on August 5, 2024.

Signed by:
*Dan Jurich*
7952E627CD9F4E1...
Daniel Jurich, Ph.D.